**Order entered August 2, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00911-CV

## IN RE ASHLEY PARDO AND DANIEL PARDO, INDIVIDUALLY AND AS NEXT FRIEND FOR K.D.P.. A MINOR CHILD, Relators

### Original Proceeding from the 422nd Judicial District Court
### Kaufman County, Texas
### Trial Court Cause No. 102717-CC

## ORDER
Before Justices Myers, Molberg, and Nowell

Before the Court are relators' petition for writ of mandamus and relators' "Emergency Motion to Suspend Order Pending Ruling on Petition for Writ of Mandamus." We request that the real party in interest Texas Department of Family Protective Services, the attorney ad litem for K.D.P., and the respondent file their responses, if any, to the emergency motion **by 5:00 p.m. on Monday, August 5, 2019** and to the petition **by August 12, 2019.**

/s/    LANA MYERS
        JUSTICE